| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP** |
| 2 | Richard C. Wootton (SBN 88390)<br>Christopher S. Kieliger (SBN 209121) |
| 3 | 190 The Embarcadero<br>San Francisco, California 94105 |
| 4 | Telephone No.: (415) 438-4600<br>Facsimile No.: (415) 438-4601 |
| 5 | |
| 6 | Attorneys for Plaintiffs,<br>KRISTRA INVESTMENTS, INC., |
| 7 | KRISTRA INVESTMENTS, LTD. LP,<br>TUTOR-SALIBA, CORPORATION, |
| 8 | TUTOR-SALIBA/KOCH TIDEWATER JV |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In the Matter of the Complaint of | ) | Case No.: C05-1074 SI |
|---|---|---|
| KRISTRA INVESTMENTS, INC.,<br>KRISTRA INVESTMENTS, LTD. LP,<br>TUTOR-SALIBA, CORPORATION,<br>TUTOR-SALIBA/KOCH/TIDEWATER JV, | )<br>)<br>)<br>) | **STIPULATION OF DISMISSAL FRCP RULE 41(c) OF TUTOR-SALIBA/KOCH/TIDEWATER JV** |
| Plaintiffs, | ) | |
| For Exoneration from or Limitation of Liability. | )<br>)<br>) | |
| AND RELATED CROSS ACTIONS | )<br>) | |

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that all claims by claimant's JOANNA SCHELBY and ANN MARIE DOUGHERTY for Jones Act negligence, unseaworthiness, and vessel owner negligence against TUTOR-SALIBA/KOCH/TIDEWATER JV be dismissed *without prejudice* pursuant to FRCP 41(c) and that endorsement of this agreement may be by counterpart signatures.

///

-1-
STIPULATION OF DISMISSAL FRCP RULE 41(c) OF TUTOR SALIBA/KOCH/TIDEWATER JV

Case No.: C05-1074 SI

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 28, 2005 | COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP |
| 3 | | Attorneys for Plaintiffs, |
| 4 | | KRISTRA INVESTMENTS, INC., KRISTRA INVESTMENTS, LTD. LP, |
| 5 | | TUTOR-SALIBA, CORPORATION, TUTOR-SALIBA/KOCH TIDEWATER JV |
| 6 | | |
| 7 | | By: /s/ Richard C. Wootton |
| | | Richard C. Wootton |
| 8 | | |
| 9 | Dated: June 9, 2005 | THE ARNS LAW FIRM |
| 10 | | Attorneys for Claimants, |
| 11 | | JEFF SCHELBY, JOANNE SCHELBY, DENNIS DOUGHERTY AND ANN MARIE |
| 12 | | DOUGHERTY |
| 13 | | |
| 14 | | By: /s/ Morgan C. Smith |
| 15 | | Morgan C. Smith |

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

IMU.Schelby

-2-
STIPULATION OF DISMISSAL FRCP RULE 41(c) OF TUTOR SALIBA/KOCH/TIDEWATER JV
Case No.: C05-1074 SI