| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Richard C. Wootton (SBN 88390) |
| | Christopher S. Kieliger (SBN 209121) |
| 3 | 190 The Embarcadero |
| | San Francisco, California 94105 |
| 4 | Telephone No.: (415) 438-4600 |
| | Facsimile No.: (415) 438-4601 |
| 5 | |
| 6 | Attorneys for Plaintiffs, |
| | KRISTRA INVESTMENTS, INC., |
| 7 | KRISTRA INVESTMENTS, LTD. LP, |
| | TUTOR-SALIBA, CORPORATION, |
| 8 | TUTOR-SALIBA/KOCH/TIDEWATER JV |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In the Matter of the Complaint of | ) | Case No.: C05-1074 SI |
| | ) | |
| KRISTRA INVESTMENTS, INC., | ) | **STIPULATION OF DISMISSAL** |
| KRISTRA INVESTMENTS, LTD. LP, | ) | **FRCP RULE 41(c) OF KRISTRA** |
| TUTOR-SALIBA, CORPORATION, | ) | **INVESTMENTS, INC. AND** |
| TUTOR-SALIBA/KOCH/TIDEWATER JV, | ) | **KRISTRA INVESTMENTS, LTD.** |
| | ) | **LIMITED PARTNERSHIP** |
| Plaintiffs, | ) | |
| | ) | |
| For Exoneration from or Limitation of | ) | |
| Liability. | ) | |
| | ) | |
| AND RELATED CROSS ACTIONS | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that KRISTRA INVESTMENTS, INC AND KRISTRA INVESTMENTS, LTD. LIMITED PARTNERSHIP be dismissed *with prejudice* pursuant to FRCP 41(c) and as if summary judgement in the underlying state court action had been granted in their favor as to all causes of action. Endorsement of this agreement may be by counterpart signatures.

///

///

-1-
STIPULATION OF DISMISSAL FRCP RULE 41(c) OF KRISTRA INVESTMENTS, INC. AND KRISTRA INVESTMENTS, LTD. LIMITED PARTNERSHIP

Case No.: C05-1074 SI

| | | |
|---|---|---|
| 1 | Dated: July 13, 2005 | COX, WOOTTON, GRIFFIN, |
| 2 | | HANSEN & POULOS, LLP |
| | | Attorneys for Plaintiffs, |
| 3 | | KRISTRA INVESTMENTS, INC., |
| | | KRISTRA INVESTMENTS, LTD. LP, |
| 4 | | TUTOR-SALIBA, CORPORATION, |
| | | TUTOR-SALIBA/KOCH/TIDEWATER JV |

By: _____ for
 Richard C. Wootton

Dated: July 8, 2005    THE ARNS LAW FIRM
Attorneys for Claimants,
JEFF SCHELBY, JOANNE SCHELBY,
DENNIS DOUGHERTY AND ANN MARIE
DOUGHERTY

By: _____
 Morgan C. Smith

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-    Case No.: C05-1074 SI
STIPULATION OF DISMISSAL FRCP RULE 41(c) OF KRISTRA INVESTMENTS, INC. AND KRISTRA INVESTMENTS, LTD. LIMITED PARTNERSHIP