**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
Christopher S. Kieliger (SBN 209121)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiffs,
KRISTRA INVESTMENTS, INC.,
KRISTRA INVESTMENTS, LTD. LP,
TUTOR-SALIBA, CORPORATION,
TUTOR-SALIBA/KOCH TIDEWATER JV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In the Matter of the Complaint of<br><br>KRISTRA INVESTMENTS, INC.,<br>KRISTRA INVESTMENTS, LTD. LP,<br>TUTOR-SALIBA, CORPORATION,<br>TUTOR-SALIBA/KOCH/TIDEWATER JV,<br><br>Plaintiffs,<br><br>For Exoneration from or Limitation of Liability.<br><br>AND RELATED CROSS ACTIONS | Case No.: C05-1074 SI<br><br>**STIPULATION OF PARTIAL DISMISSAL FRCP RULE 41(c) OF CLAIMS FOR STRICT PRODUCT LIABILITY AND PRODUCT LIABILITY, AGAINST TUTOR-SALIBA/KOCH/TIDEWATER JV** |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that the claims of JEFF SCHELBY and DENNIS DOUGHERTY for Strict Product Liability and Product Liability against TUTOR-SALIBA/KOCH/TIDEWATER JV, be dismissed *with prejudice* pursuant to FRCP 41(c) and that endorsement of this agreement may be by counterpart signatures.

///

///

-1-
STIPULATION OF DISMISSAL FRCP RULE 41(c) OF TUTOR SALIBA/KOCH/TIDEWATER JV         Case No.: C05-1074 SI

Dated: July 12, 2005

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiffs,
KRISTRA INVESTMENTS, INC.,
KRISTRA INVESTMENTS, LTD. LP,
TUTOR-SALIBA, CORPORATION,
TUTOR-SALIBA/KOCH TIDEWATER JV

By: _____
Richard C. Wootton

Dated: July 11, 2005

THE ARNS LAW FIRM
Attorneys for Claimants,
JEFF SCHELBY, JOANNE SCHELBY,
DENNIS DOUGHERTY AND ANN MARIE
DOUGHERTY

By: _____
Morgan C. Smith

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Susan Illston