**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
Christopher S. Kieliger (SBN 209121)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiffs,
KRISTRA INVESTMENTS, INC.,
KRISTRA INVESTMENTS, LTD. LP,
TUTOR-SALIBA, CORPORATION,
TUTOR-SALIBA/KOCH TIDEWATER JV

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of | Case No.: C05-1074 SI |
| KRISTRA INVESTMENTS, INC., KRISTRA INVESTMENTS, LTD. LP, TUTOR-SALIBA, CORPORATION, TUTOR-SALIBA/KOCH/TIDEWATER JV, | **STIPULATION OF PARTIAL DISMISSAL FRCP RULE 41(c) OF JEFF SCHELBY AND DENNIS DOUGHERTY'S CLAIM FOR JONES ACT NEGLIGENCE, AGAINST TUTOR SALIBA CORPORATION** |
| Plaintiffs, | |
| For Exoneration from or Limitation of Liability. | |
| AND RELATED CROSS ACTIONS | |

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that the claims of JEFF SCHELBY and DENNIS DOUGHERTY for Jones Act negligence against TUTOR SALIBA CORPORATION, be dismissed *with prejudice* pursuant to FRCP 41(c) and that endorsement of this agreement may be by counterpart signatures.

///

///

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

IMI\Schelby

-1-
STIPULATION OF DISMISSAL FRCP RULE 41(c) OF TUTOR SALIBA/KOCH/TIDEWATER JV

Case No.: C05-1074 SI

1

2   Dated: July 13, 2005     COX, WOOTTON, GRIFFIN,

3                     HANSEN & POULOS, LLP
                      Attorneys for Plaintiffs,

4                     KRISTRA INVESTMENTS, INC.,
                      KRISTRA INVESTMENTS, LTD. LP,

5                     TUTOR-SALIBA, CORPORATION,
                      TUTOR-SALIBA/KOCH TIDEWATER JV

6

7                     By: _____
                     Richard C. Wootton

8

9
     Dated: July 11, 2005     THE ARNS LAW FIRM

10                   Attorneys for Claimants,

11                  JEFF SCHELBY, JOANNE SCHELBY,
                   DENNIS DOUGHERTY AND ANN MARIE

12                  DOUGHERTY

13

14

15                    By: _____
                     Morgan C. Smith

16

17

18            IT IS SO ORDERED

19

20            Judge Susan Illston

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

21

22

23

24

25  COX, WOOTTON,
   GRIFFIN, HANSEN
    & POULOS, LLP

26  90 THE EMBARCADERO
  SAN FRANCISCO, CA
      94105

27  TEL. 415-438-4600
  FAX 415-438-4601

28  IM11.Schelby

STIPULATION OF DISMISSAL FRCP RULE 41(c) OF TUTOR SALIBA/KOCH/TIDEWATER JV      Case No.: C05-1074 SI