**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
Christopher S. Kieliger (SBN 209121)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiffs,
KRISTRA INVESTMENTS, INC.,
KRISTRA INVESTMENTS, LTD. LP,
TUTOR-SALIBA, CORPORATION,
TUTOR-SALIBA/KOCH/TIDEWATER JV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>KRISTRA INVESTMENTS, INC.,<br>KRISTRA INVESTMENTS, LTD. LP,<br>TUTOR-SALIBA, CORPORATION,<br>TUTOR-SALIBA/KOCH/TIDEWATER JV,<br><br>Plaintiffs,<br><br>For Exoneration from or Limitation of Liability.<br><br>AND RELATED CROSS ACTIONS | Case No.: C05-1074 SI<br><br>**STIPULATION OF PARTIAL DISMISSAL FRCP RULE 41(c) OF TUTOR-SALIBA CORPORATION** |

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that all claims by claimant's JOANNA SCHELBY and ANN MARIE DOUGHERTY for Jones Act negligence, unseaworthiness, and vessel owner negligence against TUTOR-SALIBA, CORPORATION be dismissed *with prejudice* pursuant to FRCP 41(c) and that endorsement of this agreement may be by counterpart signatures.

///

///

-1-
STIPULATION OF PARTIAL DISMISSAL FRCP RULE 41(c) OF TUTOR-SALIBA                    Case No.: C05-1074 SI

| | |
|---|---|
| Dated: July 12, 2005 | COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP<br>Attorneys for Plaintiffs,<br>KRISTRA INVESTMENTS, INC.,<br>KRISTRA INVESTMENTS, LTD. LP,<br>TUTOR-SALIBA, CORPORATION,<br>TUTOR-SALIBA/KOCH/TIDEWATER JV<br><br>By: _____<br>Richard C. Wootton |
| Dated: July 11, 2005 | THE ARNS LAW FIRM<br>Attorneys for Claimants,<br>JEFF SCHELBY, JOANNE SCHELBY,<br>DENNIS DOUGHERTY AND ANN MARIE DOUGHERTY<br><br>By: _____<br>Morgan C. Smith |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Susan Illston

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

-2-
STIPULATION OF PARTIAL DISMISSAL FRCP RULE 41(c) OF TUTOR-SALIBA      Case No.: C05-1074 SI