IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TUTOR-SALIBA<br><br>    Plaintiff,<br><br>  v.<br>/,<br><br>    Defendant.         / | No. C 05-01074 SI<br>**AMENDED**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 19, 2005  at 10:00 a.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 19, 2005.

DESIGNATION OF EXPERTS: 1/9/06; REBUTTAL: 1/16/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 31, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by January 27, 2006;

    Opp. Due February 10, 2006;  Reply Due February 19, 2006;

     and set for hearing no later than March 3, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 11, 2006 at 3:30 PM.

JURY TRIAL DATE: April 24, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program.  The mediation session shall occur in in November 2005 (after the crane operator's deposition).


The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/24/05

                                    _____
                                    SUSAN ILLSTON
                                    United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TUTOR-SALIBA<br><br>          Plaintiff,<br><br>  v.<br><br>/,<br><br>          Defendant.<br>_____/ | No. C 05-01074 SI<br>**AMENDED**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 19, 2005 at 10:00 a.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 19, 2005.

DESIGNATION OF EXPERTS: 1/9/06; REBUTTAL: 1/16/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 31, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by January 27, 2006;

  Opp. Due February 10, 2006; Reply Due February 19, 2006;

  and set for hearing no later than March 3, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 11, 2006 at 3:30 PM.

JURY TRIAL DATE: April 24, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program. The mediation session shall occur in in November 2005 (after the crane operator's deposition).

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/24/05

                                                          SUSAN ILLSTON
                                                           United States District Judge