**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
Christopher S. Kieliger (SBN 209121)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiffs,
TUTOR-SALIBA, CORPORATION,
TUTOR-SALIBA/KOCH TIDEWATER JV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>TUTOR-SALIBA, CORPORATION,<br>TUTOR-SALIBA/KOCH/TIDEWATER JV,<br><br>Plaintiffs,<br><br>For Exoneration from or Limitation of Liability.<br><br>AND RELATED CROSS ACTIONS | Case No.: C05-1074 SI<br><br>**STIPULATION OF PARTIAL DISMISSAL FRCP RULE 41(c) OF CLAIMS FOR STRICT PRODUCT LIABILITY AND PRODUCT LIABILITY, AGAINST TUTOR-SALIBA/KOCH/TIDEWATER JV** |

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that the claims of JOANNA SCHELBY and ANN MARIE DOUGHERTY for Strict Product Liability and Product Liability-Negligence against TUTOR-SALIBA/KOCH/TIDEWATER JV, be dismissed *with prejudice* pursuant to FRCP 41(c) and that endorsement of this agreement may be by counterpart signatures.

///

///

///

///

///

-1-
STIPULATION OF DISMISSAL FRCP RULE 41(c) OF TUTOR SALIBA/KOCH/TIDEWATER JV

Case No.: C05-1074 SI

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 26, 2005 | COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP |
| 3 | | Attorneys for Plaintiffs, TUTOR-SALIBA, CORPORATION, |
| 4 | | TUTOR-SALIBA/KOCH TIDEWATER JV |
| 5 | | By: /s/ Christopher S. Kieliger |
| 6 | | Christopher S. Kieliger |
| 7 | | |
| 8 | Dated: October 26, 2005 | THE ARNS LAW FIRM |
| 9 | | Attorneys for Claimants, JEFF SCHELBY, JOANNE SCHELBY, |
| 10 | | DENNIS DOUGHERTY AND ANN MARIE DOUGHERTY |
| 11 | | |
| 12 | | |
| 13 | | By: /s/ Morgan C. Smith |
| 14 | | Morgan C. Smith |

IT IS SO ORDERED

/s/ Susan Illston
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

Case No.: C05-1074 SI

STIPULATION OF DISMISSAL FRCP RULE 41(c) OF TUTOR SALIBA/KOCH/TIDEWATER JV