| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| 2 | **HANSEN & POULOS, LLP**<br>Richard C. Wootton (SBN 88390) |
| 3 | Christopher S. Kieliger (SBN 209121)<br>190 The Embarcadero |
| 4 | San Francisco, California 94105<br>Telephone No.: (415) 438-4600 |
| 5 | Facsimile No.: (415) 438-4601 |
| 6 | Attorneys for Plaintiffs,<br>TUTOR-SALIBA, CORPORATION, |
| 7 | TUTOR-SALIBA/KOCH/TIDEWATER JV |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of ) | Case No.: C05-1074 SI |
| ) | |
| KRISTRA INVESTMENTS, INC., ) | **STIPULATION FOR** |
| KRISTRA INVESTMENTS, LTD. LP, ) | **CONTINUANCE OF THE** |
| TUTOR-SALIBA CORPORATION, ) | **HEARING DATE FOR** |
| TUTOR-SALIBA/KOCH TIDEWATER JV, ) | **PLAINTIFF'S MOTION FOR** |
| ) | **SUMMARY JUDGMENT, NON-** |
| Plaintiffs, ) | **EXPERT DISCOVERY AND** |
| ) | **DISPOSITIVE MOTION CUT-OFF** |
| For Exoneration from or Limitation of ) | **AND [PROPOSED] ORDER** |
| Liability. ) | |
| ) | |
| AND RELATED CROSS ACTIONS ) | |

WHEREAS, on November 18, 2005 Plaintiffs filed a Motion for Summary Judgment and scheduled the hearing of that matter for December 23, 2005;

WHEREAS, the Claimants wish to conduct further discovery prior to filing their opposition to the Motion for Summary Judgment;

WHEREAS, it is agreed that the continuation of the hearing date for thirty days without a similar thirty day continuance of the close of non-expert discovery on December 19, 2005 and the dispositive motion cut-off of March 3, 2005 would prejudice both parties; and

-1-
Case No.: C05-1074 SI
STIPULATION FOR CONTINUANCE OF HEARING DATE, DISCOVERY CUTOFF AND DISPOSITIVE MOTION CUTOFF

NOW, THEREFORE, upon consideration of the stipulation of the parties, IT IS ORDERED THAT:

1. The hearing of Plaintiffs' Motion for Summary Judgment is continued to January 20, 2006;
2. Non-expert discovery cut-off is continued to January 18, 2006;
3. Dispositive motion cut-off is continued to March 31, 2006

AGREED AS TO FORM AND CONTENT:

Dated: November 28, 2005

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiffs,
TUTOR-SALIBA, CORPORATION,
TUTOR-SALIBA/KOCH/TIDEWATER JV

By: _____
Christopher S. Kieliger

Dated: November ___, 2005

THE ARNS LAW FIRM
Attorneys for Claimants,
JEFF SCHELBY, JOANNE SCHELBY,
DENNIS DOUGHERTY AND ANN MARIE
DOUGHERTY

By: _____
Robert S. Arns

SO ORDERED:

Dated: _____

**GRANTED**
Judge Susan Illston

The pretrial conference has been continued to 4/18/06 @ 3:30 p.m. Pretrial Conference Statements due 4/13/06.

-2-

Case No.: C05-1074 SI
STIPULATION FOR CONTINUANCE OF HEARING DATE, DISCOVERY CUTOFF AND DISPOSITIVE MOTION CUTOFF

NOW, THEREFORE, upon consideration of the stipulation of the parties, IT IS ORDERED THAT:

1. The hearing of Plaintiffs' Motion for Summary Judgment is continued to January 20, 2006;
2. Non-expert discovery cut-off is continued to January 18, 2006;
3. Dispositive motion cut-off is continued to March 31, 2006

AGREED AS TO FORM AND CONTENT:

Dated: November ___, 2005

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Plaintiffs,
TUTOR-SALIBA, CORPORATION,
TUTOR-SALIBA/KOCH/TIDEWATER JV

By: _____
Christopher S. Kieliger

Dated: November ___, 2005

THE ARNS LAW FIRM
Attorneys for Claimants,
JEFF SCHELBY, JOANNE SCHELBY,
DENNIS DOUGHERTY AND ANN MARIE
DOUGHERTY

By: _____
Robert S. Arns

SO ORDERED:

Dated: _____