COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 88390)
Christopher S. Kieliger (SBN 209121)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiffs,
TUTOR-SALIBA, CORPORATION,
TUTOR-SALIBA/KOCH/TIDEWATER JV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>KRISTRA INVESTMENTS, INC.,<br>KRISTRA INVESTMENTS, LTD. LP,<br>TUTOR-SALIBA CORPORATION,<br>TUTOR-SALIBA/KOCH TIDEWATER JV,<br><br>Plaintiffs,<br><br>For Exoneration from or Limitation of Liability.<br><br>AND RELATED CROSS ACTIONS | Case No.: C05-1074 SI<br><br>**STIPULATION FOR CONTINUANCE OF TRIAL DATE AND ATTENDANT DEADLINES AND WITHDRAWAL OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER** |

WHEREAS, on October 24, 2005, this Court set a trial date of April 24, 2006;

WHEREAS, on October 24, 2005, Plaintiffs' counsel Richard C. Wootton was already scheduled for trial in the matter of *Janelle Noble v. Hornblower Yachts,* San Francisco Superior Court, Case No.: CGC-05-439122;

WHEREAS, the parties have participated in a mediation of this matter and wish to conduct a further mediation prior to the hearing of Plaintiffs' Motion for Summary Judgment;

WHEREAS, Plaintiffs agree to withdraw their Motion for Summary Judgment; subject to refiling.

-1-
Case No.: C05-1074 SI
STIPULATION FOR CONTINUANCE OF TRIAL AND WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT

WHEREAS, claimant Joanne Schelby has recently suffered a severe and debilitating accident which requires the near constant attention of claimant Jeff Schelby;

WHEREAS, the parties agree that every consideration should be given to the Schelbys' situation without prejudicing the respective claims or defenses of the parties;

WHEREAS, the parties have not previously requested a continuance of the trial date in this matter;

IT IS THEREFORE AGREED BETWEEN THE PARTIES that the continuation of the trial date to August 21, 2006 along with the attendant deadlines would best serve the interests of justice; and

NOW, THEREFORE, upon consideration of the stipulation of the parties, IT IS ORDERED THAT: The pretrial conference is continued to 8/8/06

1. The trial of this matter is continued to August 21, ~~2005~~ 2006
2. Designation of Experts: July 3, 2006; Rebuttal: July 10, 2006;
3. Dispositive motion cut-off is continued to July ~~21~~ 14, 2006 (file 6/9/06)
4. Non-expert discovery cutoff is continued to July 24, 2006;
5. Expert Discovery Cutoff is August 8, 2006; and
6. Plaintiffs' Motion for Summary Judgment is Withdrawn

AGREED AS TO FORM AND CONTENT:

Dated: December 9, 2005     COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiffs,
TUTOR-SALIBA, CORPORATION,
TUTOR-SALIBA/KOCH/TIDEWATER JV

By: _____
Christopher S. Kieliger

-2-     Case No.: C05-1074 SI
STIPULATION FOR CONTINUANCE OF TRIAL AND WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 1 | Dated: December 9, 2005 | THE ARNS LAW FIRM<br>Attorneys for Claimants,<br>JEFF SCHELBY, JOANNE SCHELBY,<br>DENNIS DOUGHERTY AND ANN MARIE DOUGHERTY |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: _____<br>    Morgan Smith |
| 6 | | |
| 7 | | |
| 8 | SO ORDERED: | |
| 9 | Dated: _____ | |

IT IS SO ORDERED

*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-
STIPULATION FOR CONTINUANCE OF TRIAL AND WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT

Case No.: C05-1074 SI